JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/3/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, AS SUBROGEE OF SUSANNE DONOVAN<br><br>Plaintiff,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC. AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendant. | CASE NO. 2:16-cv-03307-MWF-AFMx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Hon. Michael W. Fitzgerald |

### **ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and
2. Each party is to bear its/his own fees and costs.

**IT IS SO ORDERED.**

DATED: May 3, 2017

_____
The Honorable Michael W. Fitzgerald
United States District Judge

1
ORDER GRANTING DISMISSAL WITH PREJUDICE